UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:
CHRISTOPHER M. PETERS
DENIELLE L. PETERS

CHAPTER 13

CASE NO. 11-80252

**NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS**

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor: Stillman Bancorp** **Court claim #: 5**

**Last four digits** of any number used to identify the debtorҀs account: 0739

***Final Cure Amount***

Amount of Prepetition Arrears $3,336.09(Per CreditorҀs Proof of Claim)

Amount Paid by Trustee $3,336.09

***Monthly ongoing Mortgage Payment***

Mortgage is paid:

☐ Thru the Chapter 13 Plan ☒ Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holdersҀproof of claim on the debtor, debtorҀs counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated: 8/6/2014

/s/Lydia S. Meyer
Lydia S. Meyer, Trustee
308 W. State St., Suite 212
Rockford, IL 61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the CourtҀs ECF System at the email address registered with the Court on this 6th Day of August, 2014.

Dated: 8/6/2014

/s/Cynthia K. Burnard

STILLMAN BANCORP
PO BOX 150
STILLMAN VALLEY, IL 61084

STILLMAN BANC
455 WEST HIGHWAY 38
ROCHELLE, IL  61068

CHRISTOPHER M. PETERS
DENIELLE L. PETERS
11583 HARVEY RD.
MORRISON, IL  61270

ATTORNEY GARY C. FLANDERS
ONE COURT PLACE, #201
ROCKFORD, IL  61101